STATE OF NEW JERSEY v. ARTHUR J. FISHER.

July 12, 1977.  Petition for certification denied.

HOUSING AUTHORITY OF BERGEN COUNTY v.
MAYOR & COUNCIL OF THE BORO. OF PALISADES PARK.

July 12, 1977.  Petition for certification denied.

STEPHEN G. POTTER v. CHARLES V. FINCH & SONS.

July 12, 1977.  Petition for certification granted.

STATE OF NEW JERSEY v. DAVID SIMPKINS.

July 12, 1977.  Petition for certification denied.

SILVERTON BAR & LIQUORS, INC. v.
TWP. COMMITTEE OF THE TWP. OF DOVER.

July 12, 1977.  Petition for certification denied.

MANUAL G. LARANGE v. BARBER GREENE CO.

July 12, 1977.  Petition for certification denied.